IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BO ARTHUR CHAMBERS                                                                                          PLAINTIFF

      v.                             Civil No. 10-5012

DR. HUSKINS, Benton County
Detention Center; and SHERIFF
KEITH FERGUSON                                                                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      Bo Arthur Chambers (hereinafter Chambers) filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on January 15, 2010. His complaint was filed *in forma pauperis*.

      Defendants filed a motion for summary judgment (Doc. 12). On August 11, 2010, Chambers acknowledged receipt of the summary judgment motion and requested the preparation of a questionnaire to assist him in responding to the motion (Doc. 16).

      On January 27, 2011, I entered an order (Doc. 17) directing Chambers to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion. His response to the questionnaire was to be returned by February 18, 2011. To date, Chambers has failed to respond to the questionnaire. The Court's order and attached questionnaire have not been returned as undeliverable. The order was mailed to the same address as the Court's prior orders. Chambers has not informed the Court of any change in his address or communicated with the Court in anyway.

      I therefore recommend Chambers' claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

-1-

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of February 2011.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)